273 S.E.2d 451 (1980)
301 N.C. 406
Tommy WILLIAMS
v.
HYATT CHRYSLER-PLYMOUTH, INC. and Chrysler Corporation.
Supreme Court of North Carolina.
November 4, 1980.
Akins, Mann, Pike & Merritt, Raleigh, for plaintiff.
Corbett & Corbett, Smithfield, for Hyatt Chrysler.
Teague, Campbell, Conley & Dennis, Raleigh, for Chrysler Corporation.
Petition by defendant Chrysler Corp. for discretionary review under G.S. § 7A-31, 48 N.C.App. 308, 269 S.E.2d 184. Denied.